Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____     Chapter   __7__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Texas Disaster Restoration, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **TDR Commercial Roofing**<br><br>**TDR Group** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **4 6 – 2 6 5 5 7 0 9** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2270 Springlake Road, Suite 400**<br>Number    Street | **2600 E. Southlake Blvd., Suite 120-204**<br>Number    Street |
| **Dallas, TX 75234**<br>City                State    ZIP Code | **Southlake, TX 76092**<br>City                State    ZIP Code |
| **Dallas**<br>County | Location of principal assets, if different from principal place of business<br><br>**Greenfill Storage**<br><br>**4770 US Hwy. 377 S.**<br>Number    Street<br><br>**Aubrey, TX 76227**<br>City                State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.texasdisasterrestoration.com** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Texas Disaster Restoration, LLC**                                   Case number *(if known)* _____
                Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**2   3   8   1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                            MM / DD / YYYY

        District _____  When _____  Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                            MM / DD / YYYY

        Case number, if known _____

| Debtor | **Texas Disaster Restoration, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>_____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br><br>Number        Street<br><br>_____<br><br>_____<br>City        State    ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.    Insurance agency _____<br>            Contact name _____<br>            Phone _____ | |

<br>

| ■ | **Statistical and administrative information** |
|---|---|

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| **14. Estimated number of creditors** | ☐ 1-49 | ☑ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | **Texas Disaster Restoration, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/23/2025**
MM/ DD/ YYYY

**X** **/s/ Christopher Evans**
Signature of authorized representative of debtor

**Christopher Evans**
Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X** **/s/ Scott Lawrence**
Signature of attorney for debtor

Date **04/23/2025**
MM/ DD/ YYYY

**Scott Lawrence**
Printed name

**Wick Phillips Gould & Martin, LLP**
Firm name

**3131 McKinney Ave Suite 500**
Number          Street

**Dallas**                              **TX**      **75204**
City                                          State      ZIP Code

**214-692-6200**
Contact phone

scott.lawrence@wickphillips.com
Email address

**24087896**
Bar number

**TX**
State

---

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy

Scott D. Lawrence, Tex. Bar No. 24087896
scott.lawrence@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Phone: (214) 692-6200
Fax: (214) 692-6255

COUNSEL FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 25-xxxxx** |
| **TEXAS DISASTER RESTORATION, LLC** | § | |
| | § | **Chapter 7** |
| **DEBTOR.** | § | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Texas Disaster Restoration, LLC (the "Debtor"), as debtor in the above-captioned chapter 7 case (the "Case"), with the assistance of its attorneys, is filing its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") in the Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statements of Limitations, Methodology, and Disclaimers regarding the Debtor's Schedules and SOFA (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and SOFA. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and SOFA.

The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"). Additionally, the Schedules and SOFA contain unaudited information based on the Debtor's commercially reasonable efforts to report the assets and liabilities of the Debtor. The Schedules and SOFA are not an admission that the Debtor was solvent or insolvent as of April 23, 2025 (the "Petition Date") or at any time before the Petition Date.

The information contained in the Schedules and SOFA was prepared based on the best information available and to the Debtor's knowledge and belief. The Debtor does not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether

negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor, its agents, and attorneys expressly do not undertake any obligation beyond the requirements of the Bankruptcy Code and the Bankruptcy Rules to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtor or its agents and attorneys be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents and attorneys are advised of the possibility of such damages.

Christopher Evans ("Evans") has reviewed the Schedules and SOFA but the Schedules and SOFA are primarily based on the Debtor's books and records, which are incomplete. Specifically, the Debtor used online accounting software prior to the Petition Date to keep its books and records. The Debtor lost access to that accounting system in or about February, 2025, and lacked the resources necessary to reactivate access. As Evans has limited personal knowledge of the Debtor's books and records without access to the Debtor's accounting system, Evans has relied upon incomplete information in presenting the Schedules and SOFA. **Evans has not (and could not have) personally verify the accuracy of each amount, statement, and representation contained in the Schedules and SOFA.** However, Evans has a reasonable belief that the Schedules and SOFA are accurate and, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure, Evans will amend the Schedules and SOFA if necessary.

Fill in this information to identify the case:

Debtor Name **Texas Disaster Restoration, LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**

(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Bank of America** | **Checking account** | **3  4  1  3** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1** — $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1

Debtor   **Texas Disaster Restoration, LLC**
Name

Case number *(if known)* _____

---

7.2 _____   _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1  **Whitley Penn LLP** _____   **$5,080.00**

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.   **$5,080.00**

---

**Part 3:**   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

| | face amount | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | _____ - | _____ | =.....➡ | _____ |
| 11b. Over 90 days old: | **unknown** - | **unknown** | =.....➡ | **$1,121,242.50** |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   **$1,121,242.50**

---

**Part 4:**   Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

| | | |
|---|---|---|
| 14.1 _____ | _____ | _____ |
| 14.2 _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:          % of ownership:

| | | | |
|---|---|---|---|
| 15.1. _____ | _____ | _____ | _____ |
| 15.2. _____ | _____ | _____ | _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

---

Debtor    **Texas Disaster Restoration, LLC**                              Case number *(if known)* _____
         Name

| | | | |
|---|---|---|---|
| 16.1 | _____ | _____ | _____ |
| 16.2 | _____ | _____ | _____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                          | _____ |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **Supplies -Cleaning/Disinfection Chemicals, PPE, Replacement Filters** | **12/17/2024**<br>MM / DD / YYYY | **$5,101.46** | | **$2,550.73** |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| **Used Drying Equipment** | **12/17/2024**<br>MM / DD / YYYY | **unknown** | | **$7,160.00** |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                          | **$9,710.73** |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor   **Texas Disaster Restoration, LLC**                          Case number *(if known)* _____
　　　　Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

28. **Crops—either planted or harvested**

_____ _____ _____ _____

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

_____ _____ _____ _____

30. **Farm machinery and equipment** (Other than titled motor vehicles)

_____ _____ _____ _____

31. **Farm and fishing supplies, chemicals, and feed**

_____ _____ _____ _____

32. **Other farming and fishing-related property not already listed in Part 6**

_____ _____ _____ _____

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　☐ No
　　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

Debtor  **Texas Disaster Restoration, LLC**                          Case number *(if known)* _____
        Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                              _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2005 Ford Econoline E250 Van** | unknown | | $2,000.00 |
| 47.2 **2015 Chevrolet Express Cutaway G3500 Box Truck** | unknown | | $2,000.00 |
| 47.3 **2009 Outback 268 Camper** | unknown | | $4,000.00 |
| 47.4 **2020 Chevrolet Express 2500 Prochem Apex /** VIN: 6353 | unknown | | $8,657.43 |

Debtor    **Texas Disaster Restoration, LLC**                           Case number *(if known)*
Name

| | | |
|---|---|---|
| 47.5 **2022 Chevrolet Silverado 1500** / VIN: 1069 | unknown | $33,953.30 |
| 47.6 **2022 Chevrolet Silverado 2500** / VIN: 9952 | unknown | $42,452.48 |
| 47.7 **2023 Chevrolet Silverado 1500** / VIN: 9099 | unknown | $36,694.04 |
| 47.8 **2023 Chevrolet Silverado 1500** / VIN: 0625 | unknown | $34,688.74 |
| 47.9 **2022 Chevrolet Express 3500** / VIN: 3842 | unknown | $39,322.28 |
| 47.10 **2018 Chevrolet Silverado 1500** / VIN: 5204 Subject to GM Financial Loan | unknown | $2,100.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | |
|---|---|---|
| 48.1 **1995 Terex Trailer Mounted Generator** | unknown | $3,800.00 |

49. **Aircraft and accessories**

49.1

49.2

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **2007 MQP40 Trailer Mounted Generator** | unknown | $2,500.00 |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                           **$212,168.27**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |

Debtor    **Texas Disaster Restoration, LLC**                                    Case number *(if known)* _____
        Name

|  | | | | |
|---|---|---|---|---|
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.   **Total of Part 9**                                                                    [_____]

  Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

  ☑ No

  ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.   **Does the debtor have any interests in intangibles or intellectual property?**

  ☑ No. Go to Part 11.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** _____ | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties** _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** _____ | _____ | _____ | _____ |
| 65. **Goodwill** _____ | _____ | _____ | _____ |

66.   **Total of Part 10**                                                                    [_____]

  Add lines 60 through 65. Copy the total to line 89.

Debtor    **Texas Disaster Restoration, LLC**                                Case number *(if known)* _____
       Name

---

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No
    ❏ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ❏ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ❏ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ❏ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➡    _____
                           Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____
_____    Tax year _____    _____
_____    Tax year _____    _____

73.  **Interests in insurance policies or annuities**

_____    _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Gadberry Construction Company, Inc.**    $845,974.16

    Nature of claim    **Construction Contract**

    Amount requested    **unknown**

    **B.L. Harbert International, LLC**    $12,000.00

    Nature of claim    **Construction Contract**

    Amount requested    **unknown**

    **Ed & Geralda Bailey**    $25,584.45

    Nature of claim    **Non-payment**

    Amount requested    **unknown**

---

Debtor    **Texas Disaster Restoration, LLC**                                    Case number *(if known)* _____

Name

| | | |
|---|---|---|
| **Glenda & Edwin Conway** | | **$11,788.68** |
| Nature of claim | Non-payment | |
| Amount requested | unknown | |
| **Sterling Day** | | **$8,060.00** |
| Nature of claim | Non-payment | |
| Amount requested | unknown | |
| **DRL-DFW Housing Partners, LLC** | | **$413,596.76** |
| Nature of claim | Arbitration Award & Judgment | |
| Amount requested | unknown | |
| **Alberta Sanchez** | | **$35,153.49** |
| Nature of claim | Arbitration Award & Judgment | |
| Amount requested | unknown | |
| **Truth in the Word Church** | | **$49,070.57** |
| Nature of claim | Non-payment | |
| Amount requested | unknown | |
| **Kristin Boyd and Susan Romme** | | **unknown** |
| Nature of claim | Arbitration | |
| Amount requested | unknown | |
| **Jorge & Shannon Galvan** | | **$25,000.00** |
| Nature of claim | Seeking Damages for Repairs | |
| Amount requested | unknown | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | |
|---|---|---|
| **James Avery** | | **unknown** |
| Nature of claim | Injury | |
| Amount requested | unknown | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**unknown**

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

**$1,426,228.11**

Debtor    **Texas Disaster Restoration, LLC**    Case number *(if known)*
Name

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.    **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81.    **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,080.00 | |
| 82.    **Accounts receivable.** *Copy line 12, Part 3.* | $1,121,242.50 | |
| 83.    **Investments.** *Copy line 17, Part 4.* | | |
| 84.    **Inventory.** *Copy line 23, Part 5.* | $9,710.73 | |
| 85.    **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86.    **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87.    **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $212,168.27 | |
| 88.    **Real property.** *Copy line 56, Part 9.*..........................................................➔ | | |
| 89.    **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90.    **All other assets.** *Copy line 78, Part 11.* | + $1,426,228.11 | |
| 91.    **Total.** *Add lines 80 through 90 for each column*...........................91a. | $2,774,429.61 | + 91b. |
| 92.    **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................... | | $2,774,429.61 |

```
Fill in this information to identify the case:

Debtor name      Texas Disaster Restoration, LLC

United States Bankruptcy Court for the:      Northern      District of      Texas
                                                                            (State)
Case number (if known):
```

☐ Check if this is an
   amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**      List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|

**2.1** **Creditor's name**

Ally Financial Inc.

**Creditor's mailing address**

2911 Lake Vista Dr

Lewisville, TX 75067

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

2020 Chevrolet Express 2500 Prochem Apex, 2022 Chevrolet Silverado 1500, 2022 Chevrolet Silverado 2500, 2023 Chevrolet Silverado 1500, 2023 Chevrolet Silverado 1500, 2022 Chevrolet Express 3500

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **unknown**      Column B: **$195,768.27**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      **$494,646.41**

Debtor    **Texas Disaster Restoration, LLC**
_____

    Name                                                                         Case number (if known) _____

| **Part 1:** | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

---

**2.2** **Creditor's name**

**Bank of Oklahoma**

**Creditor's mailing address**

**BOK Colorado Main**

**1600 Broadway**

**Denver, CO 80202**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Substantially All Assets

**Describe the lien**

Office

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$492,546.41          unknown

---

Debtor    **Texas Disaster Restoration, LLC**
_____          Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|--|----------|----------|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.3** Creditor's name                          Describe debtor's property that is subject to a lien

**GM Financial**                                 _____     $2,100.00              unknown

Creditor's mailing address                       _____

**4000 Embarcadero Dr**                          _____

**Arlington, TX 76014**                          Describe the lien

Creditor's email address, if known               **Auto Loan**

_____             **Is the creditor an insider or related party?**

Date debt was incurred   **01/01/2019**          ☑ No
                                                 ☐ Yes

Last 4 digits of account   **5  5  3  8**        **Is anyone else liable on this claim?**
number
                                                 ☑ No
Do multiple creditors have an interest in        ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
the same property?

☑ No                                             **As of the petition filing date, the claim is:**
☐ Yes. Have you already specified the            Check all that apply.
       relative priority?
                                                 ☐ Contingent
  ☐ No.  Specify each creditor, including        ☐ Unliquidated
         this creditor, and its relative         ☐ Disputed
         priority.

         _____

         _____

  ☐ Yes. The relative priority of creditors
         is specified on lines _____

Fill in this information to identify the case:

Debtor name **Texas Disaster Restoration, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>**Comptroller of Public Accounts**<br><br>**Audit Processing Section Division**<br><br>**111 E. 17th Street**<br><br>**Austin, TX 78774**<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number **2 1 6 0**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the Claim:<br>**Estimated Amounts Due - Disputed**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $150,627.23 | $150,627.23 |
| **2.2** Priority creditor's name and mailing address<br><br>**Dept of Treasury IRS**<br><br><br>**Memphis, TN 38101**<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number **5 7 0 9**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br><br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,115.01 | $7,115.01 |

| Debtor | **Texas Disaster Restoration, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| Part 1: | Additional Page |
|---|---|

| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|

**2.3** Priority creditor's name and mailing address

**Dept of Treasury IRS**

**Ogden, UT 84201**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

**2.4** Priority creditor's name and mailing address

**IRS**

**PO Box 742562**

**Cincinnati, OH 45280**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

| Debtor | **Texas Disaster Restoration, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**0097 CubeSmart TX**

**2444 Luna Rd.**

**Carrollton, TX 75006**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   1   1   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Storage Facility**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,618.80**

**3.2** Nonpriority creditor's name and mailing address

**3D Rollforming**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier - Gadberry Project**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,335.00**

**3.3** Nonpriority creditor's name and mailing address

**ABC Supply Company, Inc.**

**One ABC Parkway**

**Beloit, WI 53511**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,754.97**

**3.4** Nonpriority creditor's name and mailing address

**Alfredo Perez**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

**$480.00**

| Debtor | **Texas Disaster Restoration, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Alvarez Masonry**

**1419 Windmill Hill**

**Cedar Hill, TX 75104**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset?
☐ No
☑ Yes

$64,265.00

---

**3.6** Nonpriority creditor's name and mailing address

**B.L. Harbert International, L.L.C.**

**P.O. Box 531390**

**Birmingham, AL 35253**

Date or dates debt was incurred _____

Last 4 digits of account number  ___  **S   2   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorney-Construction Contract**

Is the claim subject to offset?
☐ No
☑ Yes

unknown

---

**3.7** Nonpriority creditor's name and mailing address

**Bank of America**

**Bank of America Corporate Center**

**PO Box 37978**

**Charlotte, NC 28237**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.8** Nonpriority creditor's name and mailing address

**BCBS of Texas**

**P.O. Box 660044**

**Dallas, TX 75266**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Health Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor    **Texas Disaster Restoration, LLC**
            Name                                                                  Case number *(if known)*

---

Part 2:   Additional Page

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,419.03 |
|---|---|---|---|

**Beacon Sales Acquisition, Inc.**

**505 Huntmar Park Drive Suite 300**

**Herndon, VA 20170**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Supplier - Gadberry**
Basis for the claim:  **Project**

Date or dates debt was incurred    _____

Last 4 digits of account number    **0   3   7   6**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,608.75 |
|---|---|---|---|

**Berridge Manufacturing Company**

**2610 Harry Wurzbach Road**

**San Antonio, TX 78209**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    **T   X   0   3**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Bexar Solutions**

**6516 NW County Rd.**

**Barry, TX 75102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Supplier - Gadberry**
Basis for the claim:  **Project**

Date or dates debt was incurred    _____

Last 4 digits of account number    **1   0   3   4**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,245.00 |
|---|---|---|---|

**Canam Systems (2002), Inc.**

**PO Box 1233**
**Tiny, ON L0L 2J0**

**0**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Software Subscription**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

---

Debtor  **Texas Disaster Restoration, LLC**                                    Case number *(if known)* _____
    Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | unknown
| | *Check all that apply.* |

**Carrollton DCAD**

**1445 N. Perry Road**

**Carrollton, TX 75011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.14** **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          unknown
*Check all that apply.*

**Cedar Drive, LLC**

**12540 W. Cedar Drive**

**Denver, CO 80228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Contingent**
Basis for the claim: **Indemnification Claims**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.15** **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          unknown
*Check all that apply.*

**Chad Andrews**

**715 E. Morgan Dr.**

**Gilbert, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.16** **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          unknown
*Check all that apply.*

**Chris Evans**

**9775 Windsong Drive**

**Frisco, TX 75035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Contingent**
Basis for the claim: **Indemnification Claims**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Texas Disaster Restoration, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

**CloudnetCanada, Inc.**

**37 Mowrey Lane**
**Nasonworth, NB E3B962**

Date or dates debt was incurred

Last 4 digits of account number   **6  9  3  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software Subscription**

Is the claim subject to offset?
☑ No
☐ Yes

$900.00

---

**3.18** Nonpriority creditor's name and mailing address

**CSL Materials LLC**

**8951 Collin McKinney Pkwy**
**Mckinney, TX 75070**

Date or dates debt was incurred

Last 4 digits of account number   ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier - Gadberry Project**

Is the claim subject to offset?
☑ No
☐ Yes

$5,141.88

---

**3.19** Nonpriority creditor's name and mailing address

**Dallas Central Appraisal District**

**PO Box 560368**
**Dallas, TX 75356**

Date or dates debt was incurred

Last 4 digits of account number   ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.20** Nonpriority creditor's name and mailing address

**Dallas Central Appraisal District**

**2949 North Stemmons Freeway**
**Dallas, TX 75247**

Date or dates debt was incurred

Last 4 digits of account number   **0  0  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Property Tax**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor    **Texas Disaster Restoration, LLC**
_____
Name

Case number *(if known)* _____

---

**Part 2:**    Additional Page

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Department of Public Safety**

**39025 LBJ Service Rd.**

**Dallas, TX 75232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Toll Tags**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **9   5   0   4**

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,202.96 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Double Eagle Plumbing**

**2338 McClendon Rd**

**Weatherford, TX 76088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Subcontractor**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Dry Law PLLC**

**909 18th Street**

**Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Indemnity Agreement on Bond**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Gadberry Construction Company, Inc.**

**1312 Conant Street**

**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Construction Contract**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number    **-   0   0   1**

---

Debtor  **Texas Disaster Restoration, LLC**                         Case number *(if known)* _____
_____Name_____

| Part 2: | Additional Page |
|---|---|

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,958.24

**GreenFill Lone Star Boat RV & Self**

**4770 US-377**

**Aubrey, TX 76227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim:  **Storage Facility**

Last 4 digits of account number  **6  2  7  7**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,238.20

**H&E Equipment Services, Inc.**

**7500 Pecue Lane**

**Baton Rouge, LA 70809**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim:  **Supplier**

Last 4 digits of account number  **1  8  2  2**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $974.25

**Holcim Solutions & Products US, LLC**

**12055 Cutten Road**

**Houston, TX 77066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim:  **Supplier**

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,596.21

**Iron Mountain**

**2 Sun Court**

**Norcross, GA 30092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim:  **Document Storage**

Last 4 digits of account number  **7  Z  N  T**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Texas Disaster Restoration, LLC** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.29** Nonpriority creditor's name and mailing address

**Jessy Oliva**

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

$133.34

---

**3.30** Nonpriority creditor's name and mailing address

**Jon Don**

**3630 W. Miller Road**

**Garland, TX 75041**

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$3,011.91

---

**3.31** Nonpriority creditor's name and mailing address

**Jonathan Neil & Associates, Inc.**

**131-A Stoney Circle 500**

**Santa Rosa, CA 95401**

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.32** Nonpriority creditor's name and mailing address

**Jorge and Shannon Galvan**

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor  **Texas Disaster Restoration, LLC**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |

---

**3.33** Nonpriority creditor's name and mailing address

**Kristin and Susan Rommel-Boyd**

**11940 Bamberg Lane**

**Frisco, TX 75035**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.34** Nonpriority creditor's name and mailing address

**Lab19 LLC**

**9116 High Plain Lane**

**Dallas, TX 75249**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,800.00

---

**3.35** Nonpriority creditor's name and mailing address

**Larry Peteis**

**2109 Germantown Ct.**

**Plano, TX 75075**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.36** Nonpriority creditor's name and mailing address

**Lerch Bates**

**500 Golden Ridge Rd. Suite 150**

**Golden, CO 80401**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consultant**

Is the claim subject to offset?
☑ No
☐ Yes

$2,475.00

---

Debtor    **Texas Disaster Restoration, LLC**

Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

---

**3.37**

Nonpriority creditor's name and mailing address

**Markel Insurance Company**

**SureTec Insurance Company**

**9500 Arboretum Blvd Suite 400**

**Austin, TX 78759**

Date or dates debt was incurred

Last 4 digits of account number    **1  4  2  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Indemnity Agreement on Bond**

Is the claim subject to offset?
☐ No
☑ Yes

$585,800.00

---

**3.38**

Nonpriority creditor's name and mailing address

**Matthew Critchley**

**2652 E. Tamarisk St.**

**Gilbert, AZ 85296**

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contingent Indemnification Claims**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.39**

Nonpriority creditor's name and mailing address

**Melissa Evans**

**6225 Parker Blvd.**

**North Richland Hills, TX 76180**

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contingent Indemnification Claims**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.40**

Nonpriority creditor's name and mailing address

**Mercury County Mutual Insurance Co.**

**P.O. Box 5600**

**Rancho Cucamonga, CA 91729**

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

$5,764.90

---

Debtor    **Texas Disaster Restoration, LLC**
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.41** | Nonpriority creditor's name and mailing address
**MI-BOX Moving and Mobile Storage**

10427 Sanden Dr.

Dallas, TX 75238

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Temporary Storage

Is the claim subject to offset?
☑ No
☐ Yes

$5,295.40

---

**3.42** | Nonpriority creditor's name and mailing address
**National Construction Rentals, Inc.**

3600 Halifax St.

Dallas, TX 75247

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplier - Gadberry Project

Is the claim subject to offset?
☑ No
☐ Yes

$55.68

---

**3.43** | Nonpriority creditor's name and mailing address
**New Braunfels-Alliant Insurance Svcs Inc**

P.O. Box 8377

Pasadena, CA 91109

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Bond Broker

Is the claim subject to offset?
☑ No
☐ Yes

$118.00

---

**3.44** | Nonpriority creditor's name and mailing address
**North Texas Tollway Authority**

P.O. Box 660244

Dallas, TX 75266

Date or dates debt was incurred _____

Last 4 digits of account number  9  5  0  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Toll Tags

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor    **Texas Disaster Restoration, LLC**

Name    Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.45** Nonpriority creditor's name and mailing address

**Pope Plumbing, Inc.**

**3205 Main St.**

**Rowlett, TX 75088**

Date or dates debt was incurred

Last 4 digits of account number    **0  9  6  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

$8,200.66

---

**3.46** Nonpriority creditor's name and mailing address

**Scorp Innovations, LLC**

**14500 Marsh Ln, Suite 241**

**Addison, TX 75001**

Date or dates debt was incurred

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

$3,269.11

---

**3.47** Nonpriority creditor's name and mailing address

**Soprema Inc. (USA)**

**P.O. Box 75755**

**Cleveland, OH 44101**

Date or dates debt was incurred

Last 4 digits of account number    **6  6  6  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$250,282.11

---

**3.48** Nonpriority creditor's name and mailing address

**Soprema Inc. (USA)**

**310 Quadral Drive**

**Wadsworth, OH 44281**

Date or dates debt was incurred

Last 4 digits of account number    **6  6  6  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gadberry Project**

Is the claim subject to offset?
☑ No
☐ Yes

$24,340.70

---

Debtor    **Texas Disaster Restoration, LLC**                                    Case number *(if known)* _____

Name

---

**Part 2:**  Additional Page

---

**3.49**  Nonpriority creditor's name and mailing address

**Sosas Custom Cabinets, LLC**

**4747 Almond Ave.**

**Dallas, TX 75247**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $375.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50**  Nonpriority creditor's name and mailing address

**Suretec Insurance Company**

**2103 CityWest Blvd., Suite 1300**

**Houston, TX 77042**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51**  Nonpriority creditor's name and mailing address

**T&R Texas Ventures One, LLC**

**9775 Windsong Drive**

**Frisco, TX 75035**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Contingent**
Basis for the claim:  **Indemnification Claims**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.52**  Nonpriority creditor's name and mailing address

**Texas Craftmanship Renovation, LLC**

**Attn: Adolfo Romero**

**0**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  $12,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☐ No
☑ Yes

---

Debtor    **Texas Disaster Restoration, LLC**                                    Case number *(if known)*
_____
Name

---

**Part 2:**  Additional Page

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,125.00 |
|---|---|---|---|

**Texas Insulation (EOAKIS, LLC)**

**dba Texas Insulation**

**4730 Bronze Way**

**75236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Subcontractor**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,414.00 |
|---|---|---|---|

**Texas Mutual Insurance Company**

**2200 Aldrich Street**

**Austin, TX 78723**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Insurance**

Date or dates debt was incurred  _____

Last 4 digits of account number  **4  2  4  2**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Texas Mutual Insurance Company**

**P.O. Box 841843**

**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

Date or dates debt was incurred  _____

Last 4 digits of account number  **4  2  4  2**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $344.24 |
|---|---|---|---|

**The Art Guys**

**Anthony Corporate Enterprises, LLC**

**4240 International Pkwy 140**

**Carrollton, TX 75007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Subcontractor**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Texas Disaster Restoration, LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Tom Ratino**

**6731 Foxpointe Rd.**

**Fort Worth, TX 76132**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.80 |
|---|---|---|---|

**TransUnion Risk & Alt Data Svcs Inc**

**P.O. Box 209047**

**Dallas, TX 75320**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Software Subscription**

Last 4 digits of account number  5  5  1  1

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Tyler Hobbs**

**17681 E. Colt Ct.**

**Queen Creek, AZ 85142**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Contingent**
Basis for the claim: **Indemnification Claims**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $907.45 |
|---|---|---|---|

**Verizon**

**PO Box 4001**

**Acworth, GA 30101**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Cell Phone Service**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Texas Disaster Restoration, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

| **3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,471.13 |
|---|---|---|---|
| | **Waxahachie Painting and Construction** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **3795 FM 66** | ☐ Unliquidated | |
| | **Waxahachie, TX 75167** | ☐ Disputed | |
| | | **Basis for the claim:  Subcontractor** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☐ No | |
| | | ☑ Yes | |

| **3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,524.44 |
|---|---|---|---|
| | **WEX** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:  Fuel Card** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

| Debtor | **Texas Disaster Restoration, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **BL Harbert International**<br><br>**820 Shades Creek Parkway 3000**<br><br>**Birmingham, AL 35209** | Line **3.6**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    **Texas Disaster Restoration, LLC**                                Case number *(if known)* _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$157,742.24** |
| 5b. | **Total claims from Part 2** | 5b. + | **$1,087,766.16** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,245,508.40** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Texas Disaster Restoration, LLC** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | Chapter **7** |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.    Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Storage Unit** | **0097 CubeSmart TX Carrollton Luna Road** |
| | State the term remaining | **0 months** | **2444 Luna Road** |
| | List the contract number of any government contract | | **Carrollton, TX 75006** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Software** | **Canam Systems (2002) Inc.** |
| | State the term remaining | **0 months** | **P.O. Box 1233, Tiny, ON LOL 2JO** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Cloud Software** | **CloudNetCanada Inc.** |
| | State the term remaining | **0 months** | **37 Mowrey Lane, Nasonworth, NB E3B 9G2** |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Storage Units** | **Greenfill Storage** |
| | State the term remaining | **0 months** | **4770 US Hwy. 377 S.** |
| | List the contract number of any government contract | | **Aubrey, TX 76227** |

Debtor  **Texas Disaster Restoration, LLC**
_____  Case number *(if known)* _____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | **IT and Email Management Services** | **Lab19 LLC** |
| State the term remaining — **0 months** | **9116 High Plain Lane** |
| List the contract number of any government contract | **Dallas, TX 75249** |

| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **IT and Email Management Services** | **Lab19 LLC** |
|---|---|---|---|
|  | State the term remaining | **0 months** | **9116 High Plain Lane** |
|  | List the contract number of any government contract |  | **Dallas, TX 75249** |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Contracted Storage** | **MI-BOX Moving and Mobile Storage** |
|  | State the term remaining | **0 months** | **10427 Sanden Dr.** |
|  | List the contract number of any government contract |  | **Dallas, TX 75238** |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **Wireless (Mobile) Phone Service** | **Verizon** |
|  |  |  | **P.O. Box 4001** |
|  | State the term remaining | **0 months** | **Acworth, GA 30101** |
|  | List the contract number of any government contract |  |  |

Fill in this information to identify the case:

Debtor name **Texas Disaster Restoration, LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Cedar Drive, LLC** | Street | **Bank of Oklahoma** | ☑ D ☐ E/F ☐ G |
| | | City    State    ZIP Code | **Markel Insurance Company** | ☐ D ☑ E/F ☐ G |
| | | | **Bank of America** | ☐ D ☑ E/F ☐ G |
| | | | **Suretec Insurance Company** | ☐ D ☑ E/F ☐ G |
| 2.2 | **Critchley, Matthew** | Street | **Bank of Oklahoma** | ☑ D ☐ E/F ☐ G |
| | | City    State    ZIP Code | **Markel Insurance Company** | ☐ D ☑ E/F ☐ G |
| | | | Bank of America | |
| | | | **Suretec Insurance Company** | ☐ D ☑ E/F ☐ G |
| 2.3 | **Evans, Christopher** | Street | **Bank of Oklahoma** | ☑ D ☐ E/F ☐ G |
| | | City    State    ZIP Code | **Beacon Sales Acquisition, Inc.** | ☐ D ☑ E/F ☐ G |

| Debtor | **Texas Disaster Restoration, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | | **Markel Insurance Company** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Soprema Inc. (USA)** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Suretec Insurance Company** | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | **Evans, Melissa** | Street<br><br>City          State          ZIP Code | **Markel Insurance Company** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Suretec Insurance Company** | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | **Hobbs, Tyler** | Street<br><br>City          State          ZIP Code | **Bank of America** | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 | **T&R Texas Ventures One, LLC** | Street<br><br>City          State          ZIP Code | **Bank of Oklahoma** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Markel Insurance Company** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Bank of America** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Suretec Insurance Company** | ☐ D<br>☑ E/F<br>☐ G |

Official Form 206H                    **Schedule H: Codebtors**                    page __2__ of __2__

Fill in this information to identify the case:

Debtor name **Texas Disaster Restoration, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____     Chapter ___7___

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*......................................................................................... | **$0.00** |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*....................................................................................... | **$2,774,429.61** |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.......................................................................................... | **$2,774,429.61** |

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$494,646.41** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................................... | **$157,742.24** |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................................... | **+   $1,087,766.16** |

4. **Total liabilities**................................................................................................................................... | **$1,740,154.81** |

   Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
| --- |

Debtor name     **Texas Disaster Restoration, LLC**

United States Bankruptcy Court for the:

         **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## ▌ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **04/23/2025**
       MM/ DD/ YYYY

X _____
     Signature of individual signing on behalf of debtor

     **Christopher Evans**
     Printed name

     **Managing Member**
     Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Texas Disaster Restoration, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025**<br>MM/ DD/ YYYY | to    Filing date | ☑ Operating a business<br>☑ Other **Operating Business** | **$83,398.16** |
| **For prior year:** | From **01/01/2024**<br>MM/ DD/ YYYY | to **12/31/2024**<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,171,733.00** |
| **For the year before that:** | From **01/01/2023**<br>MM/ DD/ YYYY | to **12/31/2023**<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$9,196,347.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025**<br>MM/ DD/ YYYY | to    Filing date | _____ | _____ |
| **For prior year:** | From **01/01/2024**<br>MM/ DD/ YYYY | to **12/31/2024**<br>MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2023**<br>MM/ DD/ YYYY | to **12/31/2023**<br>MM/ DD/ YYYY | _____ | _____ |

Debtor   **Texas Disaster Restoration, LLC**                                        Case number *(if known)* _____
     Name

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| 3.1.   **Comptroller**<br>    Creditor's name<br><br>    Street<br><br><br>    City      State  ZIP Code | _____ <br><br> _____ <br><br> _____ | **$59,629.39** | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>☑ Other **Bank of America Offset** _____ |

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1.   **Hobbs, Tyler**<br>    Creditor's name<br><br>    Street<br><br><br>    City      State  ZIP Code<br><br>    Relationship to debtor | _____ | **$0.00** | Healthcare |
| 4.2.   **Evans, Christopher**<br>    Creditor's name<br><br>    Street<br><br><br>    City      State  ZIP Code<br><br>    Relationship to debtor | _____ | **$0.00** | Healthcare $1,988.96/month;$2,500<br>**Weekly through Dec 13, 2024**<br>**Salary$130,000.00 annually** |

Debtor   **Texas Disaster Restoration, LLC**                                      Case number *(if known)*
         Name

| 4.3. | **Critchley, Matthew** | | **$0.00** | **Heathcare $2,199.27/month Through** |
|---|---|---|---|---|
| | Creditor's name | | | **Feb. 15, 2025 Last Monthly Payment** |
| | | | | **Jan. 15, 2025 - Paid Monthly Until Then** |
| | Street | | | |
| | | | | |
| | | | | |
| | City            State   ZIP Code | | | |
| | **Relationship to debtor** | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1.  **Cube Smart**<br>Creditor's name<br><br>Street<br><br><br>City            State   ZIP Code | **Stored equipment, tools, roofing materials** | **04/18/2025** | $10,000 |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1.  **Bank of America**<br>Creditor's name<br><br>Street<br><br><br>City            State   ZIP Code | **Setoff TDR Account**<br><br>XXXX– __ __ __ __ | **04/15/2025** | **$19,939.94** |
| 6.2.  **Bank of America**<br>Creditor's name<br><br>Street<br><br><br>City            State   ZIP Code | **Setoff Critchley Account**<br><br>XXXX– __ __ __ __ | **12/01/2024** | **$18,511.71** |

Debtor  **Texas Disaster Restoration, LLC** _____   Case number *(if known)* _____
        Name

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | _____ | _____ | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | _____ | | City        State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | _____ | _____ | _____ |
| | Custodian's name | **Case title** | **Court name and address** |
| | Street | _____ | Name |
| | _____ | **Case number** | Street |
| | City        State    ZIP Code | _____ | |
| | | **Date of order or assignment** | City        State    ZIP Code |
| | | _____ | |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | Recipient's name | | | |
| | Street | | | |
| | _____ | | | |
| | City        State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

Debtor   **Texas Disaster Restoration, LLC**                                      Case number *(if known)*
_____
         Name

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1. _____   _____   _____   _____

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**Wick Phillips Gould & Martin, LLP** _____   _____   _____

| Address |
|---|

**3131 McKinney Ave., Suite 500**
Street

| Payor | Amount | Date |
|---|---|---|
| Matthew Critchley (TDR Member) (Into Trust) | $25,000.00 | 8/21/2024 |
| Texas Disaster Restoration, LLC (Into Trust) | $9,801.55 | 10/29/2024 |
| Sullivan on Gilbert (TDR Customer) (Into Trust) | $13,754.39 | 1/8/2025 |
| The Peavler Group (TDR Litigation Counsel) (Into Trust) | $13,726.77 | 1/22/2025 |
| **Total Client Funds Provided** | **$62,282.71** | |
| | | |
| **Total Applied from Trust Prepetition** | **($53,856.48)** | |
| | | |
| **Remaining Balance / Fee for Chapter 7 Case** | **$8,426.23** | |

**Dallas, TX 75204**
City                    State    ZIP Code

| Email or website address |
|---|

| Who made the payment, if not debtor? |
|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

12.1.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

| Trustee |
|---|

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page 5

Debtor   **Texas Disaster Restoration, LLC**                                    Case number *(if known)* _____
        Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City                State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:**  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **2270 Springlake Road, Suite 400** <br> Street <br><br> **Dallas, TX 75234** <br> City          State   ZIP Code | From _____ To _____ |
| 14.1. **2600 E. Southlake Blvd., Suite 120-204** <br> Street <br><br> **Southlake, TX 76092** <br> City          State   ZIP Code | From _____ To _____ |
| 14.1. **4770 US Hwy. 377 S.** <br> Street <br> **Greenfill Storage** <br> **Aubrey, TX 76227** <br> City          State   ZIP Code | From _____ To _____ |

Debtor    **Texas Disaster Restoration, LLC**                                    Case number *(if known)*
          Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br><br>Facility name<br><br>_____<br>Street | | _____ |
| _____<br>City        State     ZIP Code | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider.<br><br>_____ | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br><br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Fidelity Investments** _____ | EIN: _____ |

Has the plan been terminated?

☑ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **7**

Debtor  Texas Disaster Restoration, LLC                                                                Case number *(if known)*
        Name

18.1  _____  XXXX– _ _ _ _      ☐ Checking      _____   _____
      Name                                            ☐ Savings
      _____                      ☐ Money market
      Street                                          ☐ Brokerage
      _____                      ☐ Other
      _____                      _____
      City        State   ZIP Code

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City  State  ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **Greenfill Storage** | | | ☑ No |
| | Name | | | ☐ Yes |
| | **4770 US Hwy. 377 S.** | | | |
| | Street | | | |
| | | Address | | |
| | **Aubrey, TX 76227** | | | |
| | City  State  ZIP Code | | | |

| 20.2 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **0097 CubeSmart TX** | | | ☑ No |
| | Name | | | ☐ Yes |
| | **2444 Luna Rd.** | | | |
| | Street | | | |
| | | Address | | |
| | **Carrollton, TX 75006** | | | |
| | City  State  ZIP Code | | | |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor   **Texas Disaster Restoration, LLC**                                         Case number *(if known)*
Name

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

---

**Part 12:   Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

Debtor    **Texas Disaster Restoration, LLC**                                      Case number *(if known)*
_____
Name

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City          State     ZIP Code | City              State     ZIP Code | _____ | |

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN:  _ _ – _ _ _ _ _ _ _ |
| Name | | **Dates business existed** |
| Street | | From _____  To _____ |
| City          State     ZIP Code | | |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | From _____  To _____ |
| Name | |
| Street | |
| City                    State              ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

---

Debtor    **Texas Disaster Restoration, LLC**                                    Case number *(if known)* _____
_____    Name

| 26b.1. | Name and address | Dates of service |
|---|---|---|

Name _____    From _____  To _____

Street _____

_____

City _____  State _____  ZIP Code _____

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| 26c.1. | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|

**Canam Systems (2002)**                            Records are unavailable because
Name                                               of nonpayment

Street _____

_____

City _____  State _____  ZIP Code _____

| 26c.2. | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|

**Iron Mountain**                                  Records are unavailable because
Name                                               of nonpayment

Street _____

_____

City _____  State _____  ZIP Code _____

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| 26d.1. | Name and address |
|---|---|

Name _____

Street _____

_____

City _____  State _____  ZIP Code _____

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

Debtor    **Texas Disaster Restoration, LLC**                                          Case number *(if known)*
          Name

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
      Name

      _____
      Street

      _____

      _____
      City                    State        ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Evans, Christopher** | _____ | , _____ | **0.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | , _____ | From _____ |
|  |  |  | To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name |  |  |  |
| _____ |  |  |  |
| Street |  |  |  |
| _____ |  |  |  |
| _____ |  |  |  |
| City    State    ZIP Code |  |  |  |

| Relationship to debtor |
|---|

_____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Debtor    **Texas Disaster Restoration, LLC**                                          Case number *(if known)*
                Name

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN:  __ __ – __ __ __ __ __ __ __ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **04/23/2025**
                MM/  DD/  YYYY

**X /s/ Christopher Evans**                      Printed name            **Christopher Evans**
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Scott D. Lawrence, Tex. Bar No. 24087896
scott.lawrence@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Phone: (214) 692-6200
Fax: (214) 692-6255

COUNSEL FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 25-xxxxx** |
| **TEXAS DISASTER RESTORATION, LLC** | § | |
| | § | **Chapter 7** |
| **DEBTOR.** | § | |

### DISCLOSURE OF COMPENSATION OF COUNSEL FOR DEBTOR

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that the firm Wick Phillips Gould & Martin, LLP ("Wick Phillips") is bankruptcy counsel for Debtor Texas Disaster Restoration, LLC ("Debtor") and the compensation paid to Wick Phillips within one year before the filing of the bankruptcy petition for services rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:

| Payor | Amount | Date |
|---|---|---|
| Matthew Critchley (TDR Member) (Into Trust) | $25,000.00 | 8/21/2024 |
| Texas Disaster Restoration, LLC (Into Trust) | $9,801.55 | 10/29/2024 |
| Sullivan on Gilbert (TDR Customer) (Into Trust) | $13,754.39 | 1/8/2025 |
| The Peavler Group (TDR Litigation Counsel) (Into Trust) | $13,726.77 | 1/22/2025 |
| **Total Client Funds Provided** | **$62,282.71** | |
| **Total Applied from Trust Prepetition** | **($53,856.48)** | |
| **Remaining Balance / Fee for Chapter 7 Case** | **$8,426.23** | |

2.      In return for the above-disclosed fees, Wick Phillips agreed to render legal service for all aspects of the bankruptcy case, including:

   (i)      Analysis of the Debtor's financial situation, and rendering advice to the Debtor in determining whether to file a petition in bankruptcy;

   (ii)     Preparation and filing of any petition, schedules, statements of financial affairs and plan which may be required;

   (iii)    Representation of the Debtor at the meeting of creditors and any adjourned

1

hearings thereof; and

(iv)      Advising and consulting on the conduct of the Chapter 7 Case.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to Wick Phillips for representation of the Debtor in this bankruptcy proceeding.

Dated: April 23, 2025                 */s/ Scott D. Lawrence*
                                      Scott D. Lawrence, Tex. Bar No. 24087896
                                      **WICK PHILLIPS GOULD & MARTIN, LLP**
                                      3131 McKinney Avenue, Suite 500
                                      Dallas, Texas 75204
                                      Telephone: (214) 692-6200
                                      Facsimile: (214) 692-6255
                                      scott.lawrence@wickphillips.com

                                      *Counsel to Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Texas Disaster Restoration, LLC**                              CASE NO

                                                                        CHAPTER **7**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  __**04/23/2025**__     Signature _____**/s/ Christopher Evans**_____

                                        Christopher Evans, Managing Member

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                                    CHAPTER  **7**

**Texas Disaster Restoration, LLC**

DEBTOR(S)                                                 CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Chad Andrews**<br>11618 E. Chestnut Court, Chandler, AZ 85249 | LLC Units | 2040 | LLC Units |
| **Matthew Critchley**<br>2652 E. Tamarisk Street, Gilbert, AZ 85296 | LLC Units | 2040 | LLC Units |
| **Tyler Hobbs**<br>4114 E. Gleneagle Drive, Chandler, AZ 85249 | LLC Units | 1020 | LLC Units |
| **Cedar Drive, LLC**<br>12540 W. Cedar Drive, Lakewood, CO 80228 | LLC Units | 1900 | LLC Units |
| **T&R Texas Venture One, LLC**<br>507 Timber Lake Way, Southlake, TX 76092 | LLC Units | 3000 | LLC Units |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Managing Member**_____ of the _____**Nonpublic Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

Date: _**04/23/2025**_____          Signature: _**/s/ Christopher Evans**_____
                                                            *Christopher Evans, Managing Member*